UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20639-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                     ORDER

JIMMY GEORGE,

        Defendant.
_____/

THIS CAUSE came before the Court on the defendant's Motion for Modification of Sentence filed on March 14, 2008 and the Court being fully advised in the premises it is hereby

**ORDERED and ADJUDGED** that the motion is **DENIED**.

DONE AND ORDERED at Miami, Florida this ___10___ day of April, 2008.

                                                                  _/s/ Ursula Ungaro_
                                                           URSULA UNGARO
                                                           UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record